UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   **2:23-cv-01267-MWF-RAO**                    Dated: **April 10, 2023**

Title:     **William Ollerton v. National Steel and Shipbuilding Company et al**

---

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

Damon Berry                              Amy Diaz
Courtroom Deputy                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Tyler Stock                              Paul M. Bessette

**PROCEEDINGS:        PLAINTIFF'S MOTION TO REMAND FOR LACK OF
                      SUBJECT MATTER JURISDICTION [45] [ZOOM
                      HEARING]**

The Court's tentative ruling is issued, prior to the hearing.

Case called, and counsel make their appearance.  For the reasons stated on the record, the Court takes the matter under submission.  An order will issue.

Initials of Deputy Clerk   _DBE_

: 24 min