Benno Ashrafi, Esq. (CSBN 247623)
bashrafi@weitzlux.com
Brandon DuPree, Esq. (CSBN 335383)
bdupree@weitzlux.com
**WEITZ & LUXENBERG, P.C.**
1880 Century Park East, Suite 700
Los Angeles, California 90067
Telephone: (310) 247-0921
Facsimile: (310) 786-9927

Attorneys for Plaintiffs

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY OLLERTON, individually and as successor in interest to WILLIAM OLLERTON, deceased; and JAMES OLLERTON, an individual; as legal heirs of WILLIAM OLLERTON, Deceased;<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL STEEL AND SHIPBUILDING COMPANY, et al.,<br><br>Defendants. | CASE NO. 2:23-cv-01267-MWF (RAOx)<br><br>District Judge: Hon. Michael W Fitzgerald<br>Magistrate Judge: Rozella A. Oliver<br><br>**ORDER TO DISMISS ENTIRE ACTION**<br><br>Los Angeles Superior Court Case No. JCCP 4674/ 23STCV00861<br><br>Initially Filed: January 13, 2023 |

# ORDER TO DISMISS ENTIRE ACTION

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

It is so ordered that the above-captioned action be dismissed in its entirety against all remaining Defendants.

It is hereby, ORDERED, that this matter is DISMISSED forthwith.

DATE: November 10, 2025

_____
District Judge: Hon. Michael W Fitzgerald